UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE COOLEY,

    Plaintiff,                        Hon. Janet T. Neff

v.                                      Case No. 1:18-cv-372

FEDEX FREIGHT INC., et al.,

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Motion to Remand. (ECF No. 13). Plaintiff initiated this action in state court after which Defendant FedEx Freight removed the matter to this Court. Plaintiff now moves to remand this matter to state court. Plaintiff has failed, however, to identify any authority requiring or authorizing this matter to be remanded to state court. Accordingly, the undersigned recommends that Plaintiff's motion be **denied**.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

                                                  Respectfully submitted,

Dated: November 29, 2018                        /s/ Ellen S. Carmody
                                                           ELLEN S. CARMODY
                                                           U.S. Magistrate Judge