UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE COOLEY,

    Plaintiff,

Case No. 1:18-cv-372

v.

HON. JANET T. NEFF

FEDEX FREIGHT INC.,

    Defendant.
_____/

## ORDER

This is a civil action involving a *pro se* litigant. Plaintiff filed a motion to remand. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 29, 2018, recommending that this Court deny the motion. The Report and Recommendation was duly served on Plaintiff and Defendant FedEx Freight Inc. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 17) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to remand (ECF No. 13) is DENIED.

Dated:  December 19, 2018                                     /s/ Janet T. Neff
                                                                                 JANET T. NEFF
                                                                                 United States District Judge