UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE COOLEY,

        Plaintiff,                                Hon. Janet T. Neff

v.                                                   Case No. 1:18-cv-372

FEDEX FREIGHT INC., et al.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION

On or about February 22, 2018, Plaintiff initiated the present action in state court against FedEx Freight Inc. and seven individuals. (ECF No. 1-3 at 36-130). On April 3, 2018, FedEx Freight, as the only defendant on whom service had been effected, removed the matter to this Court. (ECF No. 1). On November 29, 2018, the Court warned Plaintiff that his claims against the individual defendants were subject to dismissal due to his failure to timely effect service. (ECF No. 18). Plaintiff has still failed to effect service of his complaint on the seven individual defendants. Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Plaintiff's claims against Defendants Michael Ducker, Jeff Greer, Nancy Harthun-Goard, Stuart Baxter, Jeff First, Matt Schans, and Kevin Thacker be **dismissed for failure to timely effect service**.

While Plaintiff initiated this action in state court, upon removal to this Court the Federal Rules of Civil Procedure must apply. *See* Fed. R. Civ. P. 81(c)(1). Federal Rule of Civil Procedure 4(c) indicates that "[a] summons must be served with a copy of the complaint." The time frame within which service must be effected is articulated in Rule 4(m), which provides that if service of the

summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, "the court - on motion or on its own initiative after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  *See also*, *Abel v. Harp*, 122 Fed. Appx. 248, 250 (6th Cir., Feb. 16, 2005) ("[a]bsent a showing of good cause to justify a failure to effect timely service, the Federal Rules of Civil Procedure *compel* dismissal") (emphasis added).

This matter was removed to this Court on April 3, 2018.  Almost one year has passed since and Plaintiff has failed to effect service on the seven individual defendants identified above. While Plaintiff has moved the Court to order the United States Marshal to effect service on these defendants, the Court has denied these requests because Plaintiff has not been afforded in forma pauperis status by this Court.   As the Court has indicated to Plaintiff, while he "may have been granted pauper status by a state court, [he] has presented neither evidence nor argument that such satisfies this Court's requirements to proceed as a pauper."   (ECF No. 26).   Despite such clear guidance, Plaintiff, who professes to be a law school graduate, has failed to move in this Court to proceed as a pauper. Accordingly, considering Plaintiff's lack of diligence in this matter, the undersigned recommends that Plaintiff's claims against Defendants Michael Ducker, Jeff Greer, Nancy Harthun-Goard, Stuart Baxter, Jeff First, Matt Schans, and Kevin Thacker be dismissed without prejudice for failure to timely effect service.

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that Plaintiff's claims against Defendants Michael Ducker, Jeff Greer, Nancy Harthun-Goard, Stuart Baxter, Jeff First, Matt Schans, and Kevin Thacker be **dismissed without prejudice for failure to timely effect service**.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

                                                        Respectfully submitted,

Dated: March 20, 2019                                          /s/ Ellen S. Carmody  
                                                                              ELLEN S. CARMODY  
                                                                              United States Magistrate Judge