UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE COOLEY,

    Plaintiff,

v.

FEDEX FREIGHT INC., et al.,

    Defendants.

_____/

Case No. 1:18-cv-372

HON. JANET T. NEFF

# ORDER

This is a civil action involving a *pro se* litigant. The matter was referred to the Magistrate Judge (ECF No. 6). On March 20, 2019, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiff's claims against Defendants Michael Ducker, Jeff Greer, Nancy Harthun-Goard, Stuart Baxter, Jeff First, Matt Schans and Kevin Thacker be dismissed for failure to timely effect service. The Report and Recommendation was duly served on Plaintiff and Defendant FedEx Freight Inc., the only parties that have appeared. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Michael Ducker, Jeff Greer, Nancy Harthun-Goard, Stuart Baxter, Jeff First, Matt Schans and Kevin Thacker are DISMISSED without prejudice for failure to timely effect service.

Dated: April 9, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge