UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE D. COOLEY,

    Plaintiff,

v.

FEDEX FREIGHT, INC., et al.,

    Defendants.

_____/

Case No. 1:18-cv-372

HON. JANET T. NEFF

**ORDER**

This is a civil action filed by a *pro se* litigant. Defendants filed a Motion for Summary Judgment (ECF No. 63). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 80) on August 20, 2020, recommending that Defendants' motion be granted and Plaintiff's amended complaint be dismissed with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 80) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 63) is GRANTED and the Amended Complaint is DISMISSED with prejudice for the reasons set forth in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: September 11, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge